UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                                Case No. 3:07-CR-02

                                          District Judge Thomas M. Rose

**ROBERT R. YATES,**

      Defendant.

---

**JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE AND IMPOSING SENTENCE**

---

      Pursuant to the record set forth in open Court on January 4, 2013, the Defendant appeared with Counsel, and entered an admission to the violations of his supervised release as alleged by the U.S. Probation Department. The Court accepted the admission and found that the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

      The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term one (1) day to run consecutive to his sentence in Case 3:12-CR-108. The sentence will not be followed by any period of supervised release on this case matter.

      The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated, and that the Defendant be incarcerated at a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

      The Defendant was explained his right of appeal and indicated an understanding of same.

      The Defendant is remanded to the custody of the U.S. Marshal.

      IT IS SO ORDERED.

Date: January 7, 2013

                                                  THOMAS M. ROSE, JUDGE
                                                  UNITED STATES DISTRICT COURT